JANET K. VAN RAALTE et al., Individually and as Agents for the SCRANTON LACKAWANNA TRUST COMPANY, Respondents, v. H. W. N. REALTY CORP. et al., Appellants, et al., Undertenant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of 59 RESTAURANT, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

IRVING H. SAYPOL et al., Copartners Practicing Law under the Name of SAYPOL & KOTLER, et al., Respondents, v. HELEN E. MCLAUGHLIN et al., Appellants. — Although interest on a claim for services is ordinarily payable only from the date of demand (*Prager* v. *New Jersey Fidelity & Plate Glass Ins. Co.*, 245 N. Y. 1, 6; *Sweeny* v. *City of New York*, 173 N. Y. 414, 416; *Mygatt* v. *Wilcox*, 45 N. Y. 306, 310), in this instance prior to the rendition of a bill the client made repeated payments to apply on the attorneys' contingent fees, which were liquidated in amount by the contingent fee agreements and had become payable by success in the litigation. The attorneys were not obliged to accept the client's check for $4,000 which was offered in full of these as well as of other claims for fees for different professional services unliquidated in amount. Partial summary judgment was correctly granted to respondents on the items included therein, with the exception of the $1,500 note held by plaintiff Leo Kotler individually, that is the subject of the seventh cause of action, which appellant has stated in an answering affidavit was delivered on condition that it would not be enforced until her affairs in connection with her father's estate were completely settled, and until she had funds available from the estate for its payment. A triable issue was thus presented concerning the seventh cause of action (*Smith* v. *Dotterweich*, 200 N. Y. 299), which should be eliminated from the partial summary judgment granted to respondents. Otherwise, the judgment and order appealed from is unanimously affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ISABELLE C. DE LA BOUILLERIE, Appellant, v. ANNE M. C. DE VIENNE et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 708.]

WEBB & KNAPP, INC., et al., Respondents, v. UNITED CIGAR-WHELAN STORES CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer or otherwise move with respect to the amended complaint within twenty days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 667.]

HELEN SCHIFF, Appellant, v. ALFRED SCHIFF, Respondent.— Determination unanimously reversed and judgment directed in favor of plaintiff, with costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 709.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Made by WILLIAM W. ASTOR, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [7–15 E. 73rd St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.